IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES POWERS, on his own behalf and on behalf of the class defined herein, and CYNTHIA ANN POWERS, | : CIVIL ACTION<br>:<br>: NO. 06-2993<br>:<br>: |
| v. | : |
| LYCOMING ENGINES, a Division of AVCO CORPORATION and AVCO CORPORATION | :<br>:<br>: |
| PLANE TIME, LLC, on its own behalf and on behalf of others similarly situated, | : CIVIL ACTION<br>:<br>: NO. 06-4228 |
| v. | : |
| LYCOMING ENGINES, a Division of AVCO CORPORATION; AVCO CORPORATION; and TEXTRON, INC. | :<br>:<br>: |

## ORDER

**AND NOW**, this 25th day of September, 2007, upon consideration of the Plaintiffs' Motion for Class Certification (Document No. 22 of C.A. No. 06-2993 and Document No. 9 of C.A. No. 06-4228) and the defendants' responses, it is **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** as follows:

1.  This action is certified as a class action pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3) on behalf of the following subclasses:

    a.  All persons and entities residing in any state, other than the State of California, and the District of Columbia, who before April 11, 2006 purchased an aircraft that is or was subject to Lycoming Mandatory Service Bulletin 569A and currently own that aircraft; and

      b.      All persons and entities residing in any state, other than the State of California, and the District of Columbia, who before April 11, 2006 purchased an aircraft that is or was subject to Lycoming Mandatory Service Bulletin 569A and sold that aircraft on or after April 11, 2006.

2.      Plaintiffs Charles Powers, Cynthia Powers and Plane Time, LLC are certified as class representatives; and

3.      The following law firms are appointed class counsel pursuant to Fed. R. Civ. P. 23(g)(1) in the roles as designated: (1) RodaNast, P.C. as Liaison Counsel; (2) Climaco, Lefkowitz, Peca, Wilcox & Garofoli, Co., LPA as Co-Lead Counsel; (3) The Mills Law Firm as Co-Lead Counsel; (4) Bailey Law Group as Discovery Chair; (5) Seeger Weiss LLP as E-Discovery Liaison; (6) The Vernon Law Firm; and (7) Levy, Ram & Olson, LLP.

      /s/ Timothy J. Savage
      TIMOTHY J. SAVAGE, J.